IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 1:09-cr-00024-MP-AK

LANE GREYY,

    Defendant.

_____/

## **O R D E R**

        This matter came before the Court for a telephone conference on November 20, 2009. During the conference, the defendant indicated that he would not be challenging the findings in the psychological report at Doc. 32. Based upon that report, the Court hereby finds that Mr. Greyy does not suffer from a severe mental disorder that would preclude his ability to understand the nature and consequences of the proceedings against him, or to assist his attorney in his own defense. Consequently, he is considered to be competent to stand trial. Also, the Court finds that Mr. Greyy does not suffer from a mental disorder that interfered with his appreciation of the nature and quality or wrongfulness of his actions. Therefore, the Court finds that he was sane at the time of the alleged offenses. The jury trial in this case is set for the trial term beginning December 8, 2009.

        **DONE AND ORDERED** this _25th_ day of November, 2009

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge